J. W. Northrup, as sheriff and *ex officio* administrator of the estate of William Lee Apthorp, deceased, Plaintiff in Error, vs. Miles M. Stewart, Defendant in Error.

Writ of error to Circuit Court, Lake county; John D. Broome, Judge.

Arthur F. Odlin, for Plaintiff in Error.

Alex. St. Clair-Abrams, for Defendant in Error.

This action was brought by John P. Galloway, as sheriff and *ex officio* administrator of the estate of William Lee Apthorp, deceased, against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. While the writ of error was pending in this court John P. Galloway was discharged as such administrator, and J. W. Northrup,

sheriff, was appointed *ex officio* administrator of the estate of William Lee Apthorp, deceased. The judgment is affirmed.

Decision Per Curiam.